Jonathan M. Korn
BLANK ROME LLP
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
(609) 750-7700 (Phone)
(609) 750-7701 (Fax)
Korn@BlankRome.com

James N. Benedict (*Pro Hac Vice*)
Sean M. Murphy (*Pro Hac Vice*)
Robert C. Hora
Andrea G. Hood
Michael B. Weiner
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000 (Phone)
(212) 530-5219 (Fax)
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY ANN SIVOLELLA, for the use and benefit of the EQ/Common Stock Index Portfolio, the EQ/Equity Growth PLUS Portfolio, the EQ/Equity 500 Index Portfolio, the EQ/Large Cap Value PLUS Portfolio, the EQ/Global Multi-Sector Equity Portfolio, the EQ/Mid Cap Value PLUS Portfolio, the EQ/GAMCO Small Company Value, and the EQ/Intermediate Government Bond Index Portfolio,<br><br>          Plaintiff,<br>vs.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY and AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC,<br>          Defendants. | Civil Action No. 3:11-cv-04194 (PGS DEA)<br><br>and<br><br>Civil Action No. 3:13-cv-00312 (PGS) |
| GLENN D. SANFORD, *et al.*,<br>          Plaintiffs,<br>vs.<br><br>AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC<br>          Defendant. | ORDER ADJOURNING RETURN DATE OF MOTIONS TO STRIKE PLAINTIFFS' DEMANDS FOR A JURY TRIAL AND SETTING BRIEFING SCHEDULE FOR THOSE MOTIONS<br><br><u>FILED ELECTRONICALLY</u> |

IT IS on this ___6___ day of March, 2013;

**ORDERED** that Defendants' Motions to Strike Plaintiffs' Demands for a Jury Trial [Docket Nos. 42 and 7] are returnable on April 15, 2013;

**FURTHER ORDERED** that Plaintiffs shall file their opposition to Defendants' Motions by March 18, 2013; and

**FURTHER ORDERED** that Defendants shall file a reply to the opposition by April 1, 2013.

_____
Hon. Peter G. Sheridan