# SZAFERMAN LAKIND

**Szaferman, Lakind, Blumstein & Blader, P.C.**
Attorneys at Law

101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
p: 609.275.0400
f: 609.275.4511
www.szaferman.com

Arnold C. Lakind

| | |
|---|---|
| Barry D. Szaferman | Stephen Skillman |
| Jeffrey P. Blumstein | Linda R. Feinberg |
| Steven Blader | Paul T. Koenig, Jr. |
| Brian G. Paul+ | Bruce M. Sattin*** |
| Craig J. Hubert++ | Robert A. Gladstone |
| Michael R. Paglione* | Janine Danks Fox* |
| Lionel J. Frank** | Richard A. Catalina, Jr.*† |
| Jeffrey K. Epstein+ | (45,372) |
| Stuart A. Tucker | |
| Scott P. Borsack*** | Robert P. Panzer |
| Daniel S. Sweetser* | Robert G. Stevens, Jr.** |
| Robert E. Lytle | Michael D. Brottman** |
| Janine G. Bauer*** | Benjamin T. Branche* |
| Daniel J. Graziano Jr. | Lindsey Moskowitz Medvin** |
| Nathan M. Edelstein** | Mark A. Fisher |
| Ryan A. Marrone | Tracey C. Hinson** |
| | Robert L. Lakind*** |
| | Thomas J. Manzo** |
| | Melissa A. Ruff |

+Certified Matrimonial Attorney
++Certified Civil and Criminal Trial Attorney
*NJ & PA Bars
**NJ & NY Bars
***NJ, NY & PA Bars
†U.S. Patent & Trademark Office

March 27, 2013

Our File: 70896.1

**Via ECF and Regular Mail**
Honorable Peter G. Sheridan, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

   Re: Sivolella v. AXA Equitable Life Ins. Co.,
     No. 3:11-cv-04194
     Sanford v. AXA Equitable Funds Mgmt. Group, LLC
     No. 3:13-cv-00312

Dear Judge Sheridan:

  Plaintiffs write to request oral argument on Defendants' Motion to Strike Plaintiffs' Jury Demand in the above referenced consolidated actions. Defendants have similarly requested oral argument on their motions to Strike Plaintiffs Jury Demands in these actions (See Dkt 7-1 Sanford Action and Dkt 42-1 Sivolella Action).

  Thank you for your consideration of Plaintiffs' request.

           Respectfully submitted,

           SZAFERMAN, LAKIND,
            BLUMSTEIN & BLADER, P.C.

           Arnold C. Lakind

ACL/c
c: Jonathan M. Korn, Esquire

709159.1