Jonathan M. Korn
BLANK ROME LLP
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
(609) 750-7700 (Phone)
(609) 750-7701 (Fax)
Korn@BlankRome.com

James N. Benedict (*Pro Hac Vice*)
Sean M. Murphy (*Pro Hac Vice*)
Robert C. Hora
Andrea G. Hood
Michael B. Weiner
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000 (Phone)
(212) 530-5219 (Fax)
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY ANN SIVOLELLA, for the use and benefit of the EQ/Common Stock Index Portfolio, the EQ/Equity Growth PLUS Portfolio, the EQ/Equity 500 Index Portfolio, the EQ/Large Cap Value PLUS Portfolio, the EQ/Global Multi-Sector Equity Portfolio, the EQ/Mid Cap Value PLUS Portfolio, the EQ/GAMCO Small Company Value, and the EQ/Intermediate Government Bond Index Portfolio,<br><br>Plaintiff,<br><br>vs.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY and AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC,<br><br>Defendants. | Civil Action No. 3:11-cv-04194 (PGS DEA)<br><br>and<br><br>Civil Action No. 3:13-cv-00312 (PGS) |
| GLENN D. SANFORD, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC<br><br>Defendant. | CONSENT ORDER ADMITTING ROBERT C. HORA *PRO HAC VICE* FOR DEFENDANTS, AXA EQUITABLE LIFE INSURANCE COMPANY AND AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC<br><br>**Filed Electronically** |

This matter having been brought before the Court by consent of the parties, as appears from the signatures of their respective counsel of record below, and for good cause shown pursuant to Local Civil Rule 101.1(c) of the United States District Court for the District of New Jersey;

IT IS on this 9th day of April, 2013, ORDERED that Robert C. Hora, Esquire of the Firm of Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, is permitted to appear *pro hac vice* as additional counsel for Defendants, AXA Equitable Life Insurance Company and AXA Equitable Funds Management Group, LLC, in the above-captioned matter, pursuant to Local Civil Rule 101.1(c) of the United States District Court for the District of New Jersey; provided, however, that all pleadings, briefs and other papers filed with or submitted to the Court shall be signed by Jonathan M. Korn, Esquire, or by such other member of the bar of this Court who has or may appear as counsel of record for the Defendants, who shall be held responsible for said papers and for the conduct of the case and who shall be present before the Court during all steps of these proceedings, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorneys admitted *pro hac vice* pursuant to this Order; and it is

FURTHER ORDERED that each attorney admitted *pro hac vice* pursuant to this Order shall pay the annual fee to the New Jersey Lawyers Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is

FURTHER ORDERED that each attorney admitted *pro hac vice* pursuant to this Order shall be within the disciplinary jurisdiction of this Court, and shall be bound by the Local Civil

and Admiralty Rules of the United States District Court for the District of New Jersey, including the provisions of Local Civil Rule 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and Local Civil Rule 104.1, <u>Discipline of Attorneys</u>; and it is

FURTHER ORDERED that each attorney admitted *pro hac vice* pursuant to this Order shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is

FURTHER ORDERED that a copy of this Order shall be forwarded by the Clerk to the Treasurer of the New Jersey Lawyers Fund for Client Protection.

_____
Douglas E. Arpert, U.S.M.J.

The undersigned counsel of record for the parties hereby consent to the form and entry of the foregoing Consent Order Admitting Additional Counsel *Pro Hac Vice* for Defendants, AXA Equitable Life Insurance Company and AXA Equitable Funds Management Group, LLC

JONATHAN M. KORN, ESQUIRE
BLANK ROME LLP
A *Pennsylvania LLP*
301 Carnegie Center, 3rd Floor
Princeton, New Jersey 08540
(609) 750-7707
Korn@blankrome.com

ROBERT L. LAKIND, ESQUIRE
SZAFERMAN, LAKIND, BLUMSTEIN & BLADER., P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, New Jersey 08648
(609) 275-0400
rlakind@szaferman.com
-and-
MOSHE MAIMON, ESQUIRE
LEVY, PHILLIPS & KONIGSBERG, LLP
800 Third Avenue, 13th Floor
New York, New York 10022
(212) 605-6290
mmaimon@lpklaw.com

Dated 4/5/13

Dated 4/5/13