SZAFERMAN, LAKIND,
  BLUMSTEIN & BLADER, P.C.
By: Robert L. Lakind, Esq.
101 Grovers Mill Rd., Suite 200
Lawrenceville, NJ 08648
(609) 275-0400 (Phone)
(609) 275-4511 (Fax)
Rllakind@szaferman.com

Moshe Maimon, Esq.
LEVY PHILLIPS & KONIGSBERG, LLP
800 Third Avenue, 13th Floor
New York, NY 10022
(212) 605-6200 (Phone)
mmaimon@lpklaw.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY ANN SIVOLELLA, et al. | Civ. A. No. 3:11-cv-04194-PGS-DEA |
| Plaintiffs, | |
| vs. | |
| AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC, et al., | |
| Defendants. | |
| GLENN D. SANFORD, et al. | Civ. A. No. 3:13-cv-00312-PGS-DEA |
| Plaintiffs, | |
| vs. | **Motion Return Date: October 21, 2013** |

852942.1                                    1

| | |
|---|---|
| AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC, et al.,<br><br>           Defendants. | **NOTICE OF MOTION TO COMPEL THIRD-PARTY SUB-ADVISERS TO COMPLY WITH SUBPOENAS AND PRODUCE THE SUBPOENAED PROFITABILITY DOCUMENTS** |

To:  Jonathan M. Korn, Esq.
     BLANK ROME LLP
     301 Carnegie Center, 3rd Floor
     Princeton, NJ 08540

     Jeffrey B. Maletta, Esq.
     K&L GATES LLP
     1601 K Street, N.W.
     Washington, D.C. 20006

     Matthew E, Morningstar, Esq.
     Executive Director Legal and
     Compliance Division
     Morgan Stanley
     1221 Avenue of the Americas
     New York, NY 10020

     Robert C. Hora, Esq.
     MILBANK, TWEED, HADLEY &
     McCLOY LLP
     1 Chase Manhattan Plaza
     New York, NY 10005

     Steve Ahrens, Esq.
     Director & Senior Counsel
     BlackRock
     1 University Square
     Princeton, NJ 08540

Counsel:

**PLEASE TAKE NOTICE** that on October 21, 2013, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiffs Mary Ann Sivolella, et al. and Glenn D. Sanford, et al., shall move before the United States District Court for the District of New Jersey, Clarkson S. Fisher Building and U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for an Order compelling third-party Sub-Advisers, BlackRock Investment Management,

LLC, BlackRock Capital Management, Morgan Stanley Investment Management, Inc. and Wellington Management Company, LLP (the "Sub-Advisers"), to comply with subpoenas and produce profit and loss or other statements that contain information about the profits earned by the Sub-Advisers.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiffs shall rely upon the accompanying Memorandum of Law and Declaration of Robert L. Lakind. A form of Order is also enclosed; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested in the event the motion is opposed.

Dated: September 27, 2013

/s/ Robert L. Lakind
Robert L. Lakind
SZAFERMAN, LAKIND,
  BLUMSTEIN & BLADER, P.C.
101 Grovers Mill Rd., Suite 200
Lawrenceville, NJ 08648
(609) 275-0400 (Phone)
(609) 275-4511 (Fax)
Rllakind@szaferman.com

Moshe Maimon
LEVY PHILLIPS & KONIGSBERG, LLP
800 Third Avenue, 13th Floor
New York, NY 10022
(212) 605-6200 (Phone)
mmaimon@lpklaw.com

852942.1                                    3