SZAFERMAN, LAKIND,
 BLUMSTEIN & BLADER, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, New Jersey 08648
Telephone: (609) 275-0400
Fax: (609) 275-4511
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GLENN D. SANFORD, et al. | |
| Plaintiffs, | **Civ. A. No. 3:13-cv-00312-PGS-DEA** |
| vs. | |
| AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC, | **NOTICE OF MOTION FOR SUMMARY JUDGMENT WITH REGARD TO PLAINTIFFS' EXCESSIVE FEE CLAIMS ON BEHALF OF THE EQ CORE BOND INDEX FOR 2012** |
| Defendants. | |
| | Return Date: April 27, 2015 |

PLEASE TAKE NOTICE that at 10:00 A.M. on April 27, 2015, or as soon thereafter as the matter may be heard, the undersigned attorney for the derivative Plaintiff, the EQ Core Bond Index, will apply to the United States District Court, District of New Jersey, at the United States Court House located at the Clarkson S. Fisher Federal Building and U. S. Court House, 402 East State Street, Trenton,

1494209.1

New Jersey 08608 for an order granting Summary Judgment on Plaintiff's claim that the fee charged by Defendant, the Funds Management Group, LLC, to the EQ Core Bond Index for 2012 was excessive under § 36(b) of the Investment Company Act.

PLEASE TAKE FURTHER NOTICE that the undersigned shall rely upon the accompanying Declaration of Arnold Lakind, Plaintiff's Statement of Material Facts Not in Dispute, and Plaintiff's brief in support of this motion.

> SZAFERMAN, LAKIND,
>   BLUMSTEIN & BLADER, P.C.
> Attorneys for Plaintiffs
>
>
> s/Arnold Lakind
> Arnold Lakind

Dated: January 23, 2015