UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GLENN D. SANFORD, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC,<br><br>Defendants. | Civ. A. No. 3:13-cv-00312-PGS-DEA<br><br><br>Return Date: April 27, 2015<br>*Oral Argument Requested* |

# PLAINTIFFS'S BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

SZAFERMAN, LAKIND,
 BLUMSTEIN & BLADER, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, New Jersey 08648
Telephone: (609) 275-0400
Fax: (609) 275-4511

*Attorneys for Plaintiffs*

1496017.1

This redacted portion of this filing was not filed on the ECF system on account of Defendants' confidential designations. The redacted portion of this filing was included fully in the unredacted paper copy of this filing provided to Chambers.