RECEIVED

AUG - 6 2015

AT 8:30_____M
WILLIAM T. WALSH
CLERK

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY ANN SIVOLELLA, | Civil Action No.3:11-cv-04194 (PGS)(DEA) |
| Plaintiff, | |
| v. | |
| AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC, *et al.*, | **ORDER** |
| Defendants. | |
| | Civil Action No.3:13-cv-00312 (PGS)(DEA) |
| GLENN D. SANFORD, *et al.* | |
| Plaintiffs, | |
| v. | |
| AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC, | |
| Defendant. | |

**WHEREAS**, the Court has carefully reviewed and considered the parties' submissions, as well as the arguments set forth therein and presented before the Court at oral argument on August 5, 2014, and for the reasons set forth on the record on August 5, 2015, and for other good cause shown;

**IT IS,** on this 5th day of August 2015;

**ORDERED** that Defendants, AXA Equitable Funds Management Group, LLC's and AXA Equitable Life Insurance Company's, Motion for Summary Judgment (ECF No. 104) in *Sivolella v. AXA Equitable Funds Mgmt. Grp.*, Civ. Action. No.:11-cv-04194, be, and hereby is,

DENIED, and it is further;

ORDERED that Plaintiff, Mary Ann Sivolella's, Motion in Limine to Bar Admission of Defendants' Claimed Costs (ECF No. 108) and Motion in Limine to Bar Admission of Defendants' Summary Charts (ECF No. 109) in *Sivolella v. AXA Equitable Funds Mgmt. Grp.*, Civ. Action. No.:11-cv-04194, be, and hereby are, DENIED, and it is further;

ORDERED that Defendant, AXA Equitable Funds Management Group, LLC's, Motion for Summary Judgment (ECF No. 55) in *Sanford v. AXA Equitable Funds Mgmt. Grp.*, Civ. Action No.:3:13-cv-00312, be, and hereby is, DENIED, and it is further;

ORDERED that Plaintiffs, Robert Cusack's and Mary T. Cusack's, Motion for Partial Summary Judgment (ECF No. 59) in *Sanford v. AXA Equitable Funds Mgmt. Grp.*, Civ. Action No.:3:13-cv-00312, be, and hereby is, DENIED, and it is further;

ORDERED that Plaintiffs, Mary T. Cusack's, Robert Cusack's, Patricia F. Lynn's, Brian A. Sanchez's, Glenn D. Sanford's, and William R. Tucker's, Motion in Limine to Bar Admission of Defendant's Claimed Costs (ECF No. 60) and Motion in Limine to Bar Admission of Defendant's Summary Charts (ECF No. 61) in *Sanford v. AXA Equitable Funds Mgmt. Grp.*, Civ. Action No.:3:13-cv-00312, be, and hereby are, DENIED, and it is further;

ORDERED that trial shall commence in this matter on January 11, 2016, at 10:30 a.m. before the Honorable Peter G. Sheridan, U.S.D.J.

Dated: August 5, 2015

_____
PETER G. SHERIDAN, U.S.D.J.