```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
                     Minute of Proceeding
```

OFFICE:    TRENTON

JUDGE : Hon. Peter G. Sheridan          Date:  January 6, 2016

Court Reporter: Frank Gable
TITLE OF CASE:                          CIVIL 11- 4194 (PGS)
MARY ANN SIVOLELLA                      & Civ. 13-312 (PGS)
     vs.
AXA EQUITABLE LIFE INSURANCE
COMPANY, et al

APPEARANCES:
Arnold C. Lakind, Daniel S. Sweetser, Robert G. Stevens, Jr. Mark A. Fisher and Christopher S. Kwelty Esqs for Plaintiff

Jonathan M Korn, Sean M. Murphy, Robert C. Hora, James N. Benedict and Patricia Louie, Esqs for Defendants

NATURE OF PROCEEDINGS:
In Chambers conference held.
Hearing on motion [186] by Mary Ann Sivolella in Limine.
Ordered motion reserved.

Hearing on motion [134] by Mary T. Cusack, Robert Cusack, Patricia F. Lynn, Brian A. Sanchez, Glenn D. Sanford, William R. Tucker in Limine.
Ordered motion reserved.
(Recess 1:30 PM - 2:00 PM)

Trial without jury on breached fiduciary duty.
Opening statement by Plaintiff.
Opening statement by Defendants.
Trial without jury set for January 13, 2016 at 10:00 AM.

TIME COMMENCED:  11:00  AM           Dolores J. Hicks/
TIME ADJOURNED:   3:30  PM               Deputy Clerk
TOTAL TIME:       4:00